JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN D. DARBY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. CV 09-01169-CAS (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 1/8/10

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE